ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-MJ-00124-EPG |
| Plaintiff, | STIPULATION TO CONTINUE PRELIMINARY HEARINGS AND EXCLUDE TIME |
| v. | |
| ULISES MARROQUIN-MARTINEZ, | |
| Defendant. | |

The parties stipulate as follows:

1.     The defendant was arrested on a complaint and made his initial appearance in this case on December 22, 2025.  His preliminary hearing was initially scheduled for January 16, 2026, with an appropriate time exclusion so that he could review discovery and consider a pre-indictment resolution.

2.     The government has made discovery available to defense counsel.

3.     The defendant recently obtained new appointed counsel.

4.      Accordingly, the parties agree that the preliminary hearing should be further continued from January 16, 2026, until January 30, 2026, with an appropriate time exclusion, so that new defense counsel can review discovery, prepare for any litigation, and consider a pre-indictment resolution.

///

///

5.      The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

6.      The parties agree that the period from January 12, 2026, through January 30, 2026, should be excluded.  *See* Fed. R. Crim. P. 5.1(d); 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  January 12, 2026

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

Dated:  January 12, 2026

*/s/ Roger Bonakdar*
Roger Bonakdar
Counsel for Francisco Ulises Marroquin-Martinez

ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:25-MJ-00124-EPG |
| Plaintiff, | ORDER TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME |
| v. | |
| ULISES MARROQUIN-MARTINEZ, | |
| Defendant. | |

The Court has read and considered the parties' stipulation to continue the preliminary hearing in this case and exclude time.  The Court finds there is good cause for the continuance to allow defense counsel reasonable time to complete his review of the discovery, prepare for any litigation, and fully consider a pre-indictment resolution.  The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.  Therefore, for good cause shown:

1.     The preliminary hearing is continued from January 16, 2026, until January 30, 2026, at 2:00 p.m., before the duty magistrate judge; and

///

///

///

2.      The period from January 12, 2026, through January 30, 2026, shall be excluded pursuant to Federal Rule of Criminal Procedure 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:    **January 12, 2026**              /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE