BONAKDAR LAW FIRM

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 200
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527
Attorney for DEFENDANT, ULISES MARROQUIN-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ULISES MARROQUIN-MARTINEZ,<br><br>　　　　　　Defendant. | CASE NO.  1:25-MJ-00124-EPG<br><br>STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING<br><br>Preliminary Hearing: January 30, 2026 |

　　　　DEFENDANT, ULISES MARROQUIN-MARTINEZ' Preliminary Hearing is currently scheduled for January 30, 2026. The parties request a continuance of the Preliminary Hearing in this matter, so that matters related to the Government's Plea offer can be investigated and addressed, prior to sentencing.

　　　　WHEREAS Counsel for Defendant has only been recently appointed and has not had the opportunity to fully review this file; has not reviewed discovery, which is apparently too voluminous to scan, and is in the custody of ICE Deportation Officer, and an appointment to review the file is required.

　　　　WHEREAS Defendant's counsel needs to be afforded opportunity to review discovery, and to meet with Mr. Marroquin-Martinez, so that counsel may be able to adequately advise as to the Plea offer extended to Mr. Marroquin-Martinez.

　　　　WHEREAS in light of the above, request is made for a continuance of the January 30, 2026, Preliminary hearing for a period of not less than 30 days.

THEREFORE, IT IS STIPULATED by and between the Parties that the January 30, 2026, Preliminary hearing be continued to March 2, 2026, or to a date convenient to the Court.

IT IS SO STIPULATED:

Dated:  January 22, 2026                    ERIC GRANT
                                            United States Attorney


                                    By:  /s/ Joseph Barton
                                         JOSEPH BARTON
                                         Assistant United States Attorney

Dated: January 22, 2026                     BONAKDAR LAW FIRM


                                    By:  /s/ Roger S. Bonakdar
                                         ROGER S. BONAKDAR
                                         Attorney for Defendant
                                         ULISES MARROQUIN-MARTINEZ


ORDER

Upon the Parties' stipulation and for good cause shown, Defendant, ULISES MARROQUIN-MNARTINEZ Preliminary Hearing is continued from January 30, 2026, to March 2, 2026, at 2:00 p.m. The Defendant is ordered to appear.

All orders not expressly modified by this order remain in full force and effect.

IT IS SO ORDERED.

Dated:   **January 23, 2026**            _____
                                         STANLEY A. BOONE
                                         United States Magistrate Judge