ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-MJ-00124-EPG |
| Plaintiff, | STIPULATION TO EXCLUDE TIME; ORDER |
| v. | |
| ULISES MARROQUIN-MARTINEZ, | |
| Defendant. | |

Pursuant to the parties' stipulation, the Court continued the preliminary hearing in this matter from January 30, 2026, until March 2, 2026. *See* Dkt. 14 and 15. For the reasons set forth in that stipulation, the parties also agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

///

///

The parties further agree that the period from January 23, 2026, through March 2, 2026, should be excluded.  *See* Fed. R. Crim. P. 5.1(d); 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  January 23, 2026

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

Dated:  January 23, 2026

*/s/ Roger Bonakdar*
Roger Bonakdar
Counsel for Francisco Ulises Marroquin-Martinez

## ORDER

Pursuant to the parties' stipulation, the Court continued the preliminary hearing in this matter from January 30, 2026, until March 2, 2026.  *See* Dkt. 14 and 15. The Court finds there is good cause for the continuance to allow defense counsel reasonable time to complete his review of the discovery, prepare for any litigation, and fully consider a pre-indictment resolution.  The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial. Therefore, for good cause shown, the period from January 23, 2026, through March 2, 2026, shall be excluded pursuant to Federal Rule of Criminal Procedure 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).  The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:  **January 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge